## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEREMY PINSON,                    :
                                  :
          Plaintiff              :     CIVIL NO. 1:16-CV-00565
                                  :
     vs.                          :
                                  :
L.J. ODDO, et al.,               :     (Judge Rambo)
                                  :
                                  :
          Defendants             :

--------------------------------------------------------

JEREMY PINSON,                    :
                                  :
          Plaintiff              :     CIVIL NO. 1:17-CV-00103
                                  :
     vs.                          :
                                  :
ELIZABETH SANTOS,                :     (Judge Rambo)
et al.,                           :
                                  :
                                  :
          Defendants             :

### ORDER

In accordance with the accompanying memorandum,

**IT IS HEREBY ORDERED THAT:**

1.  The order (Doc. 5) issued in Civil No. 16-565 on August 15, 2016, (1) construing Pinson's motion for leave to proceed in forma pauperis as a motion for leave to proceed without full prepayment of the filing

and (2) granting that motion is **VACATED** and the motion to proceed <u>in forma pauperis</u> (Doc. 2.) is **DENIED.**

   2.   Pinson's complaint in Civil No. 16-565 is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g), and all other pending motions in that case are **DENIED AS MOOT.**

   3.   Pinson's motion for leave to proceed <u>in forma pauperis</u> (Doc. 2) in Civil No. 17-103 is **DENIED.**

   4.   Pinson's complaint in Civil No. 17-103 is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g).

   5.   The Clerk of Court shall **CLOSE** the above-captioned cases.

   6.   Any appeals from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

　　　　　 s/Sylvia H. Rambo
　　　　　SYLVIA H. RAMBO
　　　　　United States District Judge

January 24, 2017